**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MUIRUM VELASQUEZ-PAGON, | No. 07-74967 |
| Petitioner, | Agency No. A099-577-021 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted June 29, 2010[**]

Before:     ALARCÓN, LEAVY, and GRABER, Circuit Judges.

Muirum Velasquez-Pagon, a native and citizen of Honduras, petitions for

review of the Board of Immigration Appeals' ("BIA") order dismissing her appeal

from an immigration judge's decision denying her application for asylum,

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

NED/Research

withholding of removal, and protection under the Convention Against Torture ("CAT"). We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence, *Parussimova v. Mukasey*, 555 F.3d 734, 738-39 (9th Cir. 2009), and we deny the petition for review.

The agency denied Velasquez-Pagon's asylum application as time barred, and Velasquez-Pagon does not challenge this finding.

Substantial evidence supports the BIA's conclusion that Velasquez-Pagon failed to establish that one central reason for the problems she experienced in Honduras was her sexual orientation. *See id*. at 740-41 (9th Cir. 2009) ("[t]he Real ID Act requires that a protected ground represent 'one central reason' for an asylum applicant's persecution"). Substantial evidence also supports the agency's determination that Velasquez-Pagon did not establish a clear probability of future persecution because her voluntary return trip to Honduras undermined her claim. *See Loho v. Mukasey*, 531 F.3d 1016, 1017-18 (9th Cir. 2008).

Velasquez-Pagon does not raise any arguments in her opening brief regarding the agency's denial of her CAT claim. *See Martinez-Serrano v. INS*, 94 F.3d 1256, 1259-60 (9th Cir. 1996).

**PETITION FOR REVIEW DENIED.**

07-74967